EDWARD A. WELPLY, *ET AL.*, PLAINTIFFS-PETITIONERS, v. DODGE TRANSFER CORPORATION, DEFENDANT-RE-SPONDENT.

*Mr. Albert Rudner, Mr. Joseph Persky* and *Mr. Frank W. Jones* for the petitioners.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. Joseph T. Ryan* for the respondent.

March 9, 1964.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PAUL KARBOWSKI, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Jacob, Alfred & Richard Levinson* and *Mr. Socrates Patras* for the petitioners.

*Mr. Edward J. Dolan* and *Mr. Richard S. Cohen* for the respondent.

March 9, 1964.   Denied.